**FILED**

JUL 21 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | **1:26 CR 00332** |
| v. | ) ) | CASE NO._____ |
| BLAYKE CARTER, | ) ) ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(v), (b)(1)(B)(v), (b)(1)(C), |
| Defendant. | ) ) ) | (b)(1)(E)(i), 846, and Title 18, United States Code, Section 924(c)(1)(A)(i) |
| | ) | **JUDGE PEARSON** |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
LSD, Psilocybin, Psilocin, MDMA and Ketamine, 21 U.S.C. § 846)

The Grand Jury charges:

1.     Beginning on or about May 2, 2025, and continuing through May 4, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BLAYKE CARTER, and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 10 grams or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide ("LSD"), a Schedule I controlled substance, a mixture and substance containing a detectable amount of Psilocybin, a Schedule I controlled substance, a mixture and substance containing a detectable amount of Psilocin, a Schedule I controlled substance, a mixture and substance

containing a detectable amount of 3,4-Methylenedioxymethamphetamine ("MDMA"), a

Schedule I controlled substance, and a mixture and substance containing a detectable amount of

ketamine, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1), (b)(1)(A)(v), (b)(1)(C), and (b)(1)(E)(i).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2
(Possession with Intent to Distribute LSD,
21 U.S.C. §§ 841(a)(1), and (b)(1)(A)(v))

The Grand Jury charges:

2.     On or about May 4, 2026, in the Northern District of Ohio, Eastern Division,

Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute

10 grams or more of a mixture and substance containing a detectable amount of lysergic acid

diethylamide ("LSD"), a Schedule I controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1), and (b)(1)(A)(v).

### COUNT 3
(Possession with Intent to Distribute Psilocybin, and Psilocin,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

3.     On or about May 4, 2026, in the Northern District of Ohio, Eastern Division,

Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute

a mixture and substance containing a detectable amount of Psilocybin and Psilocin, Schedule I

controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), and

(b)(1)(C).

COUNT 4
(Possession with Intent to Distribute MDMA,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

4. On or about May 4, 2026, in the Northern District of Ohio, Eastern Division,

Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute

a mixture and substance containing a detectable amount of 3,4-

Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 5
(Possession with Intent to Distribute Psilocin,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

5. On or about May 4, 2026, in the Northern District of Ohio, Eastern Division,

Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute

a mixture and substance containing a detectable amount of Psilocin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 6
(Possession with Intent to Distribute Psilocin,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

6. On or about May 4, 2026, in the Northern District of Ohio, Eastern Division,

Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute

a mixture and substance containing a detectable amount of Psilocin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

3

## COUNT 7
(Possession with Intent to Distribute MDMA,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

7.     On or about May 4, 2026, in the Northern District of Ohio, Eastern Division, Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

## COUNT 8
(Possession with Intent to Distribute LSD,
21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(v))

The Grand Jury charges:

8.     On or about May 4, 2026, in the Northern District of Ohio, Eastern Division, Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute 1 gram or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide ("LSD"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(v).

## COUNT 9
(Possession with Intent to Distribute Ketamine,
21 U.S.C. §§ 841(a)(1), and (b)(1)(E)(i)))

The Grand Jury charges:

9.     On or about May 4, 2026, in the Northern District of Ohio, Eastern Division, Defendant BLAYKE CARTER did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of ketamine, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(E)(i).

## COUNT 10
(Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

10. On or about May 4, 2026, in the Northern District of Ohio, Eastern Division, Defendant BLAYKE CARTER did knowingly use or carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute LSD, Psilocybin, Psilocin, MDMA, and Ketamine, Title 21, United States Code, Sections 841(a)(1), as charged in Counts 1, 2, 3, 4, 5, 6, 7, 8, and 9 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

9. The allegations contained in Counts 1 through 10 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendant BLAYKE CARTER shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; and any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; included, but not limited to, the following:

A. $45,020.00 in U.S. Currency;

5

B.  2024 Subaru bearing VIN Number: 454GUHU67R3838159 and Ohio License Plate KNC-5547;

C.  Daniel Defense Rifle bearing serial number DDM4317051, with four magazines and 99 rounds of 300 blackout ammunition;

D.  Beretta 9mm pistol bearing serial number A256856Z, with three magazines and 47 rounds of ammunition;

E.  Glock 43, 9mm bearing serial number ADWN947, with two magazines and 13 rounds of ammunition;

F.  Glock 17 9mm bearing serial number BPFR 485 on slide and base plate, barrel bearing serial number L123513, with two magazines and 60 rounds of ammunition.

## A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.